# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### Southern DISTRICT OF MISSISSIPPI

Debtor: Judy Thompson SSN: XXX-XX-3112  CASE NO. 12-03668
Joint Debtor: Marion Thompson SSN: XXX-XX-1488  Median Income: ☐ Above ☐ Below
Address: 1824 Irby Road
Morton, Ms. 39117

THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. <u>The treatment of ALL secured and priority debts must be provided for in this plan.</u>

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

326.54

(A) Debtor shall pay $ 707.50 (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address: Gentiva Home Health
12900 Foster
So Overland Park, Kansas 163.27

(B) Joint Debtor shall pay $ 707.50 (☐ monthly, ☐ semi-monthly, ☑ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address: Mason & Ovenstreet Welding
M & O Drive
Pearl, Ms.

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:   $ NA   at $ NA /month
Mississippi Dept. of Revenue: $ NA   at $ NA /month
Other/ NA :   $ NA   at $ NA /month

**DOMESTIC SUPPORT OBLIGATION. DUE TO:** NA

POST PETITION OBLIGATION: In the amount of $ NA per month beginning NA .
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $ NA through NA which shall be paid in the amount of $ NA per month beginning NA .
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein. plus fee

Mtg pmts to Chase   Beginning 12-12 @ $ 720   ☑ Plan ☐ Direct
Mtg pmts to _____   Beginning _____ @ $ _____   ☐ Plan ☐ Direct
Mtg pmts to _____   Beginning _____ @ $ _____   ☐ Plan ☐ Direct
Mtg arrears to Chase  Through 11-12 $ 2,200.00 @ $ 36.64 /mo
Mtg arrears to _____ Through _____ $ _____ @ $ _____ /mo
Mtg arrears to _____ Through _____ $ _____ @ $ _____ /mo

Debtor's Initials JST   Joint Debtor's Initials MJT   Chapter 13 Plan, Page 1 of 3

MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:

Creditor: _NA_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _NA_____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

NON-MORTGAGE SECURED CLAIMS. Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Action Finance | Boat/Trailer | | 3,000 | 3,000 | 7 | Amt owed |
| Capital One | 08 Saturn | | 8,000 | 8,000 | 7 | Amt owed |
| Trustmark | 07 Chev Truck | | 3,500 | 1,000 | 7 | Amt owed |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

SPECIAL CLAIMANTS including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| NA | | | |

STUDENT LOANS which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| NA | | | |

SPECIAL PROVISIONS which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:

NA

GENERAL UNSECURED CLAIMS total approximately $ _11,591_____. Such claims must be *timely filed* and not disallowed to receive payment as follows: _✓_ IN FULL (100%), _____%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 2 of _3_

Total attorney fee charged: $ 3,000.00
Attorney fee previously paid: $ 419.00
Attorney fee to be paid in plan: $ 2,581.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

_____
_____
_____

Telephone/Fax:_____

DATED: 12-3-12 _____ DEBTOR'S SIGNATURE

Attorney for Debtor (Name/Address/Phone/Email)
Robert Rex McRaney, Sr.
P.O. Box 1397
Clinton, MS. 39060

Telephone No. 601-924-5961
Facsimile No. 601-924-1576
Email address _____

_Judy S. Thompson_
JOINT DEBTOR'S SIGNATURE _Morris T Thompson_
ATTORNEY'S SIGNATURE _Robert Rex McRaney, Sr._

Chapter 13 Plan, Page 3 of 3

Effective: October 1, 2011